JUDGE SCHEINDLIN

08 CV 03297

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

NORWICH UNION INSURANCE a/s/o
DATA DIRECT (THAMES VALLEY)
LIMITED,

                        Plaintiff,

- against -

CONTERM CONSOLIDATION SERVICES
and CONTERM HONG KONG LIMITED,

                        Defendants

------------------------------------------------------------x

ECF Filing

08 CV

RECEIVED
APR 02 2008
U.S.D.C. S.D. N.Y.
CASHIERS

**LOCAL RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff, certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held:

None.

                                                          McDERMOTT & RADZIK, LLP

                 By:      _____

Dated: New York, New York         Matthew T. Loesberg (ML-3708)
      April 1, 2008                      Wall Street Plaza
                                                       88 Pine Street – 21st Floor
                                                       New York, New York 10005-1801
                                                        (212) 376-6400
                                                        Our File: 66-08-71 ECR/MTL