AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN  DISTRICT OF  NEW YORK

NORWICH UNION INSURANCE
a/s/o DATA DIRECT (THAMES
VALLEY) LIMITED

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 08 CV 03297

CONTERM CONSOLIDATION SERVICES
and CONTERM HONG KONG LIMITED,

JUDGE SCHEINDLIN

TO: (Name and address of defendant)

Conterm Consolidation Services
300 Middlesex Avenue, Carteret, New Jersey 07008.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

**McDERMOTT & RADZIK, LLP**
Wall Street Plaza
88 Pine Street - 21st Floor
New York, New York 10005-1801
(212) 376-6400
Our File No.: 66-08-71 ECR/MTL

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

CLERK

(BY) DEPUTY CLERK

DATE  APR 02 2008

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE April 10th, 2008 |
| NAME OF SERVER *(PRINT)* DANIEL KNIGHT | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

/CONTERM CONSOLIDATION SERVICES

☐ Served personally upon the defendant. Place where served: 300 Middlesex Avenue, Carteret, NJ 07008 - Claims Dept., at 1:23 P.M.

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Brenda Ingenito, Claims Manager

☐ Returned unexecuted: _____

☒ Other *(specify)*: Description of Brenda Ingenito: female, white, blonde, 5'4", 140 lbs., 48 years of age

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on April 15th, 2008
Date

Signature of Server
DANIEL KNIGHT
233 Broadway
New York, NY 10279
Address of Server

RECEIVED APR 17 2008 McDERMOTT & RADZIK LLP

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.