## DOUGHERTY, RYAN, GIUFFRA, ZAMBITO & HESSION

ATTORNEYS AND COUNSELLORS AT LAW

131 EAST THIRTY EIGHTH STREET
NEW YORK, NEW YORK 10016-2680

TELEPHONE: (212) 889-2300
FACSIMILE: (212) 889-1288
e-mail: drgzh@aol.com





June 10, 2008

**VIA FACSIMILE**       (212) 805-7920

Honorable Shira A. Scheindlin
United States District Jude
U.S. Courthouse
500 Pearl Street
New York, NY 10007

      Re:  Norwich Union Insurance, etc. v. Conterm
          Consolidation Services, et al.
          08 Civ. 03297 (SAS)
          <u>Our File: 08-60-4027/PJZ</u>

Madam:

    We represent defendant Conterm in the captioned matter.

    On consent of plaintiff's counsel, we respectfully request an adjournment of the conference scheduled for Thursday, June 12, 2008 at 4:30 p.m. for the reason which follows.

    Our client endeavored to have the ocean carrier, Orient Overseas Container Line Limited ("OOCL"), come forward and settle the case, but got the runaround. As a result, we were instructed to implead it in the pending matter. We have prepared an Answer and Third-Party Complaint and expect to file it this week.

    For the above reason, we respectfully suggest that a conference without OOCL present will serve no useful purpose. Hopefully, your Honor will agree.

*Request granted. Conference adjourned to July 17 at 4:30. Author to notify all parties. So Ordered. [signature] USDJ 6/10/08*

Honorable Shira A. Scheindlin
Page 2
June 10, 2008

    If your Honor concurs, we ask that the period from July 24 to and including August 12, 2008 be excluded, as I shall be on vacation.

    Thank you for your consideration of the foregoing request.

Very respectfully yours,

DOUGHERTY RYAN GIUFFRA ZAMBITO & HESSION

BY: PETER J. ZAMBITO

PJZ:lg

cc:  Edward C. Radzik, Esq.
     McDermott & Radzik, LLP
     Your Ref: 66-08-71 ECR/MTL
     FAX" (212) 376-6490