UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NORWICH UNION INSURANCE a/s/o DATA
DIRECT (THAMES VALLEY) LIMITED,

                        **ECF CASE**

                 Plaintiff,

      - against -                        08 Civ. 03297 (SAS)

CONTERM CONSOLIDATION SERVICES
and CONTERM HONG KONG LIMITED,

                 Defendants.
------------------------------------------------------------X

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel for defendants CONTERM ( private non-governmental parties) certifies that the following are corporate parents, subsidiaries, and/or affiliates of said party which are publicly held:

Brennan International Transport (Hong Kong) Limited, DCL (Hong Kong) Limited, NACA Logistics (USA) Inc., Vanguard Logistics Services Hong Kong Ltd., Conterm (Hong Kong) Limited, various alien corporations of similar names

     06/12/08                   S/ _____
Date                                         PETER J. ZAMBITO