EDWARD C. RADZIK (ER-2473)
MATTHEW T. LOESBERG (ML-3708)
Wall Street Plaza
88 Pine Street 21st Floor
New York, New York 10005
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

NORWICH UNION INSURANCE a/s/o
DATA DIRECT (THAMES VALLEY) LIMITED,

                Plaintiff,

-against-

CONTERM CONSOLIDATION SERVICES and
CONTERM HONG KONG LIMITED,

                Defendants.

------------------------------------------------------------X



RECEIVED
CHAMBERS OF
JUL 1 — 2008
JUDGE SCHEINDLIN

USDC
DC...
ELE...
DOC #
DATE FILED: 7/11/08

**STIPULATION AND
ORDER OF DISCONTINUANCE**

08 CV 3297 (SAS)

IT IS HEREBY STIPULATION AND AGREED by and between the undersigned attorneys for the parties herein, that the above entitled action has been settled and therefore, may be and is hereby discontinued, pursuant to Rule 41(a)(i)(ii) of the Federal Rules of Civil Procedure, with prejudice, without costs and subject to the right, upon application made by any party within thirty (30) days of the entry of this Order, to reopen the action is settlement is not fully consummated.

Dated: New York, New York
         July 10, 2008

| | |
|---|---|
| McDERMOTT & RADZIK, LLP<br>Attorneys for Plaintiff | DOUGHERTY, RYAN, GIUFFRA,<br>ZAMBITO & HESSION<br>Attorneys for Defendants |
| By: _____<br>Matthew T. Loesberg (ML-3708)<br>Wall Street Plaza<br>88 Pine Street 21st Floor<br>New York, New York 10005<br>212-376-6400 | By: Peter S. Zambito<br>by telephonic authority  MTL<br>Peter J. Zambito (PZ-9362)<br>131 East 38th Street<br>New York, New York 10016<br>212-889-2300 |

**SO ORDERED:**

_____  7/10/08
Honorable Shira A. Scheindlin
United States District Judge